FILED
 2011 Nov-08 PM 01:58
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL MERCHANT, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) 2:11-cv-3730-WMA-PWG |
| | ) |
| PROBATION OFFICER BENFORD, | ) |
| and THE ATTORNEY GENERAL OF THE | ) |
| STATE OF ALABAMA, | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

     This is a habeas corpus case filed pursuant to 28 U.S.C. § 2254. It is brought by Michael Merchant, an Alabama state prisoner acting *pro se*. (*See* Doc.[1] 1). The magistrate judge has entered a report and recommendation that the petition is due to be dismissed for lack of jurisdiction on the basis that it is barred as successive under 28 U.S.C. § 2244(b)(3). (Doc. 5). In response, Petitioner has filed a "Motion to Clarify and Amend," in which he asserts that his petition is not successive because he is now attacking his "sentence" whereas in his prior § 2254 application he attacked his "conviction." (Doc. 6). That "motion" is treated as an objection to the magistrate judge's report and recommendation, pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b)(2), Fed. R. Civ. P.

     Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation and the objection filed by the petitioner, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and the recommendation is

---

[1] References herein to "Doc. __" are to the document numbers assigned by the clerk to the pleadings and other documents filed in this action, as reflected on the docket sheet.

ACCEPTED. Accordingly, the petition for writ of habeas corpus is due to be DISMISSED WITHOUT PREJUDICE for lack of jurisdiction under 28 U.S.C. § 2244(b)(3). A Final Judgment will be entered.

As to the foregoing it is SO ORDERED this the 8th day of November, 2011.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE